1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    WILLIAM BARTON,                          Case No.   2:22-cv-00904-JDP (HC)

10                  Petitioner,               ORDER THAT:

11        v.                                  (1) THE CLERK OF COURT ASSIGN A
                                              DISTRICT JUDGE TO RULE ON THESE
12   JOSE COSTELO,                            FINDINGS AND RECOMMENDATIONS

13                  Respondent.               (2) PETITIONER'S SECOND APPLICATION
                                              TO PROCEED IN FORMA PAUPERIS BE
14                                            GRANTEDAND HIS FIRST BE DENIED AS
                                              MOOT
15
                                              FINDINGS AND RECOMMENDATIONS
16                                            THAT THE PETITION BE DISMISSED AS
                                              TIME-BARRED
17
                                              ECF Nos. 5,7, & 9
18

19         Petitioner, proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C.

20   § 2254.  He alleges that a guilty plea that led to a 1976 murder conviction was not voluntary and

21   intelligent. ECF No. 1 at 1, 4.[1]  This claim is time-barred and should be dismissed.  I will also

22   grant petitioner's second application to proceed in forma pauperis, ECF No. 7, and deny his first,

23   ECF No. 5, as moot.

24         The petition is before me for preliminary review under Rule 4 of the Rules Governing

25   Section 2254 Cases.  Under Rule 4, the judge assigned to the habeas proceeding must examine

26   the habeas petition and order a response to the petition unless it "plainly appears" that the

27   _____

28         [1] Petitioner filed a similar petition in *Barton v. Gastelo*, 21-CV-1933-KJM-JDP, which I
     also recommended be dismissed at ECF No. 12 in that case.

                                                   1

1   petitioner is not entitled to relief.  *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019);

2   *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

3       Petitioner's claim, because it concerns a conviction that was finalized more than forty

4   years ago, is time-barred.  It was finalized before the Anti-Terrorism and Effective Death Penalty

5   Act of 1996 and, thus, petitioner had until April 24, 1997 to file a petition attacking his 1976

6   conviction.  *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001) ("We therefore hold

7   that AEDPA's one-year grace period for challenging convictions finalized before AEDPA's

8   enactment date is governed by Rule 6(a) and ended on April 24, 1997 in the absence of statutory

9   tolling.").  Petitioner has not identified any source of statutory tolling, much less a source

10   sufficient to render a more than forty-year old claim timely.  Given the age of the claim, I

11   conclude that dismissal without leave to amend is appropriate.  Plaintiff may address why tolling

12   should apply, if at all, in his objections to these recommendations.

13       It is ORDERED that:

14       1.     The Clerk of Court shall assign a district judge to this action.

15       2.     Petitioner's application to proceed *in forma pauperis*, ECF No. 7, is GRANTED

16   and his application to proceed *in forma pauperis*, ECF No. 5, is DENIED as MOOT.

17       Further it is RECOMMENDED that the petition, ECF No. 1, be DISMISSED without

18   leave to amend as time-barred.

19       These findings and recommendations are submitted to the U.S. District Court Judge

20   presiding over this case under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of

21   Practice for the United States District Court, Eastern District of California.  Within fourteen days

22   of service of the findings and recommendations, petitioner may file written objections to the

23   findings and recommendations with the court and serve a copy on all parties.  That document

24   must be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The

25   District Judge will then review the findings and recommendations under 28 U.S.C.

26   § 636(b)(1)(C).

27

28

IT IS SO ORDERED.

Dated:    July 28, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE